UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEXANDER STEIN, | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | |
| v. | § | 3:22-CV-1255-D |
| | § | |
| COUNTY OF DALLAS, | § | |
| JOHN WILEY PRICE, | § | |
| CLAY JENKINS, | § | |
| MARSHAL ROBERT DE LOS SANTOS, | § | |
| MARSHAL ZACK MARSI, and | § | |
| MARSHAL CHARLES JOHNSON, | § | |
| Defendants. | § | |

**DEFENDANT PRICE'S NOTICE OF DEMONSTRATIVE AIDS FOR THE
HEARING ON STEIN'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

TO THE HONORABLE COURT:

Defendant John Wiley Price, pursuant to the Order entered on 1 March 2024 (ECF No. 81),

tenders his notice of demonstrative aids that will be used at the oral argument set for 2 April 2024.

Defendant Price anticipates using the following items that are contained in the summary

judgment record as demonstrative aids.  The demonstrative aids designated as "Modified" may be

excerpted, highlighted, underscored, and/or boxed.

| No. | Description | Source | Modified |
|---|---|---|---|
| 1. | Video of 17 May 2022 meeting of the Dallas County Commissioners Court, dated May 17, 2022 | Agreed Exhibit | Yes |
| 2. | Plaintiffs' [sic] Answers to Defendant Price's First Interrogatories | Price Appx. 2-8 | Yes |
| 3. | Agenda, Dallas County Commissioners Court Meeting for Tuesday, May 17 2022 | Price Appx. 9-16 | No |
| 4. | Agenda, Dallas County Commissioners Court Executive Session Meeting for Tuesday, May 17, 2022 | Price Appx. 17-19 | No |

| No. | Description | Source | Modified |
|-----|-------------|--------|----------|
| 5. | Texas H.B. No. 2840 | Stein Appx. 21-22 | Yes |
| 6. | Dallas County Code Ch. 74<br>General Government Operations Policy | Stein Appx. 23-26 | Yes |

Respectfully submitted,

JOHN CREUZOT
CRIMINAL DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

*/s/ Jason G. Schuette*
Assistant District Attorney
Texas State Bar No. 17827020
jason.schuette@dallascounty.org

Ben L. Stool
Assistant District Attorney
Texas State Bar No. 19312500
ben.stool@dallascounty.org

Civil Division
Dallas County Records Building
500 Elm Street, Suite 6300
Dallas, Texas  75202
Telephone:     214.653.7358
Telecopier:    214.653.6134

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on 22 March 2024, I caused the foregoing document to be filed electronically with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means.

*s/ Jason G. Schuette*
Assistant District Attorney