IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEXANDER STEIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 3:22-CV-1255-D |
| | § | |
| COUNTY OF DALLAS, | § | |
| JOHN WILEY PRICE, and | § | |
| CLAY JENKINS, | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

On March 29, 2023 the court dismissed the Fourteenth Amendment Equal Protection Clause claim of plaintiff Alexander Stein ("Stein"). In an order filed on February 4, 2025, the court granted the parties' joint motion for partial dismissal, dismissing all claims and all defendants except Stein's First Amendment and Fourteenth Amendment due process claims against defendants County of Dallas ("Dallas County"), John Wiley Price ("Price"), and Clay Jenkins ("Jenkins"). The case was then tried to a jury, beginning on March 10, 2025. During trial, Stein withdrew his Fourteenth Amendment due process claim. On March 12, 2025 the jury returned a verdict in favor of Dallas County, Price, and Jenkins on Stein's remaining First Amendment claim.

Accordingly, for the reasons set out in the March 29, 2023 memorandum opinion and order, and based on the February 4, 2025 order granting joint motion for partial dismissal and the jury verdict, it is ordered and adjudged that Stein's action is in its entirety dismissed with prejudice.

The taxable costs of court, as calculated by the clerk of court, incurred by Dallas County, Price, and Jenkins are assessed against Stein.

Done at Dallas, Texas March 12, 2025.

                                              _____
                                              SIDNEY A. FITZWATER
                                              SENIOR JUDGE