# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Alexander Stein | ) | |
| v. | ) | Case No.: 3:22-CV-01255-D |
| County of Dallas, John Wiley Price, and Clay Jenkins | ) ) ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __03/12/2025__ against __Alexander Stein__,
  *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................... | $ |
| Fees for service of summons and subpoena ............................................. | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | |
| Fees and disbursements for printing ................................................... | |
| Fees for witnesses *(itemize on page two)* .............................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ............................................... | 15.60 |
| Docket fees under 28 U.S.C. 1923 .................................................... | |
| Costs as shown on Mandate of Court of Appeals ........................................ | |
| Compensation of court-appointed experts .............................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| TOTAL  $ | 15.60 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service    ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:  __s/ Jason G. Schuette__

Name of Attorney: __Jason G. Schuette__

For:  __Defendants__    Date: __03/21/2025__
   *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
*Clerk of Court*                 *Deputy Clerk*              *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | TOTAL | | | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, cost s — other than attorney's fees — should be allo wed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEXANDER STEIN, | § | |
|     Plaintiff, | § | CIVIL ACTION NO. |
| | § | |
| v. | § | 3:22-CV-1255-D |
| | § | |
| COUNTY OF DALLAS, | § | |
| JOHN WILEY PRICE, and | § | |
| CLAY JENKINS, | § | |
|     Defendants. | § | |

**DEFENDANTS' VERIFICTION FOR BILL OF COSTS**

As required by 28 U.S.C. § 1924, Defendants submit this verification of Defendants' bill of costs.

Pursuant to 28 U.S.C. § 1746, I, Jason G. Schuette, make the following unsworn declaration under penalty of perjury.

1. My name is Jason G. Schuette. I am an assistant district attorney in the Civil Division of the office of the Dallas County Criminal District Attorney. I am above the age of 21 years, I am of sound mind, and I have never been convicted of a felony or a crime of moral turpitude. The facts stated in this verification are within my personal knowledge, and are true and correct.

2. I am lead counsel for Defendants in the federal civil action styled *Alexander Stein v. County of Dallas, John Wiley Price, and Clay Jenkins*, which is pending in the United States District Court for the Northern District of Texas—Dallas Division, as Civil Action No. 3:22-CV-01255-D. That case was tried before a jury on 10-12 March 2025. On 12 March 2025, the jury returned its verdict in favor of Defendants and against Plaintiff. On 12 March 2025, the presiding judge, the Honorable Senior Judge Sidney A. Fitzwater, entered a Judgment that dismissed with prejudice Plaintiff's action in its entirety, and directed that the "taxable costs of court, as calculated by the clerk of the court, incurred by Dallas County, Price, and Jenkins are assessed against Stein."

3. Northern District of Texas Local Civil Rule LR 26.2(a) requires that all exhibits that a party intends to offer at trial must be marked and exchanged with opposing parties at least 14 days before the scheduled date for trial. Further, Judge Fitzwater's Judge Specific Requirements, ([Senior District Judge Sidney A. Fitzwater | Northern District of Texas | United States District Court](#)), "Trial Procedures," direct that "[w]hen practicable, a copy of the exhibits must be furnished to the court." Para. IV-A.

4.  Defendants incurred taxable costs in the amount for $15.60 for making copies of exhibit materials necessarily obtained for use in the case, to comply with Local Rule LR 26.2(a) and Judge Fitzwater's Trial Procedures. Those copies were as follows:

| Item Copied | Number Pages | Number Copies | Total Pages |
| --- | --- | --- | --- |
| Defendants Exhibit 2 | 8 pages | 2 copies | 16 pages |
| Defendants Exhibit 3 | 3 pages | 2 copies | 06 pages |
| Defendants Exhibit 4 | 1 pages | 2 copies | 02 pages |
| Defendants Exhibit 5 | 2 pages | 2 copies | 04 pages |
| Defendants Exhibit 6 | 1 pages | 2 copies | 02 pages |
| Defendants Exhibit 13 | 3 pages | 2 copies | 06 pages |
| Defendants Exhibit 14 | 7 pages | 2 copies | 14 pages |
| Defendants Exhibit 15 | 7 pages | 2 copies | 14 pages |
| Defendants Exhibit 16 | 7 pages | 2 copies | 14 pages |
| **TOTALS** | **39 pages** | **2 copies** | **78 pages** |

5.  Defendants assert that a reasonable per-page cost is $ .20 per page. Using that rate:

    78 pages at $ .20/page equals $15.60.

6.  Defendants do not seek recovery of costs for copies that were made for the convenience of Defendants' counsel or for the convenience of witnesses.

    I declare, certify, and verify under penalty of perjury that the foregoing is true and correct.

    Executed on 21 March 2025.

>   */s/ Jason G. Schuette*
>   Assistant District Attorney
>   Texas State Bar No. 17827020
>   jason.schuette@dallascounty.org

### CERTIFICATE OF SERVICE

I hereby certify that on 21 March 2025, I caused the foregoing document to be filed electronically with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means.

>   *s/ J. G. Schuette*
>   Assistant District Attorney