IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEXANDER STEIN, | § | |
|     Plaintiff, | § | CIVIL ACTION NO. |
| | § | |
| v. | § | 3:22-CV-1255-D |
| | § | |
| COUNTY OF DALLAS, | § | |
| JOHN WILEY PRICE, and | § | |
| CLAY JENKINS, | § | |
|     Defendants. | § | |

**DEFENDANTS' NOTICE OF SATISFACTION OF BILL OF COSTS**

TO THE HONORABLE COURT:

    Defendants notify the Court that Plaintiff, Alexander Stein, has fully satisfied the Bill of Costs that was approved by the Clerk of Court and included in the judgment on 4 April 2025 (*see* ECF No. 116).

Respectfully submitted,

JOHN CREUZOT
CRIMINAL DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

*/s/ Jason G. Schuette*
Assistant District Attorney
Texas State Bar No. 17827020
jason.schuette@dallascounty.org

Cherie K. Batsel
Assistant District Attorney
Texas State Bar No. 24011313
cherie.batsel@dallascounty.org

Barbara S. Nicholas
Assistant District Attorney
Texas State Bar No. 24032785
barbara.nicholas@dallascounty.org

Civil Division
Dallas County Records Building
500 Elm Street, Suite 6300
Dallas, Texas  75202
Telephone:     214.653.7358
Telecopier:     214.653.6134

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on 7 May 2025, I caused the foregoing document to be filed electronically with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means.

*s/ J. G. Schuette*
Assistant District Attorney